UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**UNITED STATES OF AMERICA**

    v.                                                          Case No.   1:15-CR-351-WSD-2

**JOHNATHAN SILVERS**

                                                                       **Defendant's Attorney**
                                                                       **James Ward Howard**

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant pleaded guilty to Count 1 of the Indictment.

Accordingly, the defendant is adjudged guilty of such count which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 21 U.S.C. §§ 846, 841(b)(1)(C), and 841(b)(1)(D) | Conspiracy to Possess with Intent to Distribute Methamphetamine and Marijuana | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant pay to the United States a special assessment of **$100.00**, which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Social Security Number:        xxx-xx-8965        Date of Imposition of Sentence: August 8, 2017
Defendant's Date of Birth:      1987
Defendant's Mailing Address:
Atlanta, Georgia 30315

Signed this 8th day of August, 2017.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **ONE HUNDRED THIRTEEN (113) MONTHS**.

The Court recommends that the defendant serve his federal sentence in federal custody prior to being returned to state custody.  If the defendant is ordered to serve his federal sentence first, the Court leaves to the determination of the appropriate authorities of the State of Georgia whether the time the defendant served in federal custody will be credited toward the sentence imposed in Cobb County Superior Court, Docket No. 11-9-1619-42.

The defendant is remanded to the custody of the United States Marshal.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy United States Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE (3) YEARS**.

Within 72 hours of being released from custody, the defendant shall report in person to the probation office in the district to which the defendant is released.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

## SPECIAL CONDITIONS

The defendant shall not unlawfully possess a controlled substance.

The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

Pursuant to 42 U.S.C. § 14135a(d)(1) and 10 U.S.C. § 1565(d), which require mandatory DNA testing for federal offenders convicted of felony offenses, the defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall not own, possess, or have under his control any firearm, dangerous weapon, or other destructive device.

The defendant shall submit to a search by the probation officer of his person, property (real, personal, or rental), residence, office, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), and other electronic communications or data storage devices or media.  Failure to submit to a search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  The defendant shall permit confiscation and/or disposal of any material considered contraband or any item which may be deemed to have evidentiary value related to violations of supervision.

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the probation officer and, if able, contribute to the cost of services for such treatment.

The defendant shall participate in a mental health treatment program under the guidance and supervision of the probation officer, and if able, contribute to the cost of services for such treatment.

The defendant shall participate in a cognitive behavior therapy program under the guidance and supervision of the probation officer, and if able, contribute to the cost of services for such treatment.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state, or local crime.  In addition:

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other reasons;

6. The defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

1:15-CR-351-WSD-2: JOHNATHAN SILVERS                                          Page 5 of 5

## FINE

The Court waives the fine and cost of incarceration.